**Order entered February 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01252-CV

### NATHAN WEILBACHER, Appellant

### V.

### MELODIE CRAFT, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-06130-J**

## ORDER

We **GRANT** appellee's February 13, 2014 agreed second motion to extend the time to file a brief. Appellee shall file her brief on or before February 28, 2014. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/     ADA BROWN
        JUSTICE